IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHARLES DUNKIN, CHARLES MOOREHEAD, and CARLTON VICK, )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. ) | CIVIL CASE NO.: 3:11-cv-00461<br>JUDGE HAYNES |

## JOINT MOTION TO RESET CASE MANAGEMENT CONFERENCE

COME NOW the parties, by and through their respective attorneys, and respectfully move that the initial case management conference in this matter, originally set for August 15, 2011, be reset for the afternoon of August 23, 2011. As an alternative date, the parties suggest the afternoon of August 25, 2011.

Respectfully submitted,

s/ Perry A. Craft (with permission)
PERRY A. CRAFT
Craft & Sheppard
B.P.R. No. 0069056
1604 Westgate Circle, Suite 1
Brentwood, TN 37027
Telephone: 615/309-1707

*Attorney for Plaintiffs*

JERRY E. MARTIN
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF TENNESSEE
BY: s/Michael L. Roden
MICHAEL L. RODEN, B.P.R. No. 010595
ASSISTANT UNITED STATES ATTORNEY
Suite A-961, 110 9th Avenue South
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151

*Attorneys for Defendant*

[Handwritten annotation on right side: "DENIED. This motion is granted. The conference is reset for 2011 at 2:00 p.m. Will [signature] 8-19-11"]