IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHARLES DUNKIN, CHARLES MOOREHEAD, and CARLTON VICK, )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. ) | Civil Case No.: 3:11-cv-00461<br>JUDGE HAYNES |

*[Handwritten annotation: GRANTED / This motion to exceed will be granted / 9-7-11]*

**DEFENDANT'S MOTION FOR LEAVE TO FILE
BRIEF IN EXCESS OF PAGE LIMITATION**

COMES NOW the defendant in the above-referenced civil action and respectfully moves for leave to file his brief in support of his Motion to Dismiss, the length of which exceeds the 25-page limit set forth in Local Rule 8 (c). In support of this motion, the defendant would state that to adequately set forth the relevant facts and the legal argument regarding the plaintiffs' claims, the defendant required additional pages.

              Respectfully submitted,

              JERRY E. MARTIN

              United States Attorney for the
              Middle District of Tennessee

      By:  <u>s/Michael L. Roden</u>
           MICHAEL L. RODEN, B.P.R. #010595
           Assistant United States Attorney
           110 Ninth Avenue, South, Suite A-961
           Nashville, Tennessee 37203
           Telephone: 615-736-5151