IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHARLES DUNKIN, CHARLES MOOREHEAD, and CARLTON VICK, ) ) ) | |
| Plaintiffs ) ) | Civil Case No.: 3:11-cv-00461 |
| v. ) ) | JUDGE HAYNES |
| UNITED STATES OF AMERICA, ) ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMITATION

COMES NOW the defendant in the above-referenced civil action and respectfully moves for leave to file his brief in support of his Motion to Dismiss, the length of which exceeds the 25-page limit set forth in Local Rule 8 (c). In support of this motion, the defendant would state that to adequately set forth the relevant facts and the legal argument regarding the plaintiffs' claims, the defendant required additional pages.

Respectfully submitted,

JERRY E. MARTIN

United States Attorney for the
Middle District of Tennessee

By: s/Michael L. Roden
MICHAEL L. RODEN, B.P.R. #010595
Assistant United States Attorney
110 Ninth Avenue, South, Suite A-961
Nashville, Tennessee 37203
Telephone: 615-736-5151

*[Handwritten annotation: GRANTED. This motion to [illegible] will [signature] 9-7-11]*